UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

DAMIEN D. PUGH,

    Plaintiff,

v.

CANADIAN LAKES PROPERTY
CORPORATION,

    Defendant.

_____/

Case No: 1:25-cv-784

HON. ROBERT J. JONKER

<u><b>ORDER APPROVING AND ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION</b></u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 15, 2025 (ECF No. 11). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  September 9, 2025          /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE